Larry J. RUSSELL, Jr., Plaintiff—
Appellant,

v.

MERRILL LYNCH, INC.; Evans Ne-
ville; Frank Azzarita; Darby Henley,
Jr.; Christopher Davis, Defendants—
Appellees.

No. 11–1641.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2011.

Decided: Nov. 1, 2011.

Larry J. Russell, Jr., Appellant Pro Se. Audrey Y. Dupont, Carole Golinski Miller, Maynard, Cooper & Gale, PC, Birming-ham, Alabama; James Marion Powell, Womble Carlyle Sandridge & Rice, PLLC, Greensboro, North Carolina, for Appellees.

Before DUNCAN, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry J. Russell, Jr., appeals the district court's orders accepting the recommenda-tion of the magistrate judge and granting summary judgment on his employment discrimination claims, ordering the pay-ment of attorney's fees, and denying his various motions.* We have reviewed the record and find no reversible error. Ac-cordingly, we affirm for the reasons stated by the district court. *Russell v. Merrill Lynch,* No. 1:09–cv–00534–WO–PTS (M.D.N.C. Dec. 10, 2009; Feb. 1, 2010; July 7, 2010; Mar. 31, 2011; Apr. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although Russell's notice of appeal designates an appeal from only the district court's March 31, 2011 order, his intent to appeal the dis-trict court's various other orders is clear and Merrill Lynch is not prejudiced by his mistak-en omissions. *See Bogart v. Chapell,* 396 F.3d 548, 555 (4th Cir.2005).